Allison Schmidt, ESQ.
Nevada Bar No.: 10743
GHIDOTTI BERGER
8716 Spanish Ridge Ave #115
Las Vegas, NV  89148
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: aschmidt@ghidottilaw.com
*Attorney for Creditor*
*US Bank Trust N.A., as Trustee of*
*Igloo Series III Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| In re: | **CASE NO.:** 19-12115-abl |
| | **Chapter 13** |
| JOHNNY TARVER, | |
| Debtor. | **CONDITIONAL NON-OPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY** |

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD**:

US Bank Trust N.A., as Trustee of Igloo Series III Trust, its successors and/or assignees, (hereinafter "Secured Creditor"), in the above-entitled Bankruptcy proceeding, hereby submits the following conditional non-opposition to the motion for authority to sell the property generally

1  described as 1255 Kenwood Rd., Santa Barbara, CA 93109 (the " Property") filed by debtor Johnny
2  Tarver [ECF No. 58].
3        On or about July 3, 2003, Debtor executed a Deed of Trust, encumbering the Property,
4  recorded in the Official Records of Santa Barbara California on July 17, 2003, as Document No.:
5  2003-0095061.  The Deed of Trust secured a Note signed by the Debtor with an original face value of
6  $300,000. Secured Creditor is the current holder of all right, title, and interest in the Note and Deed
7  of Trust.
8        Debtor filed this Chapter 13 bankruptcy case on April 5, 2019.  On March 18, 2020, the
9  Debtor filed a motion seeking to sell the property for approximately $950,000.00. [ECF no. 58].  The
10 motion recites that the debtor presently owes approximately $266,488 on the first mortgage and
11 $337,939 on the second mortgage on the property.  After review of the Motion, the Secured Creditor
12 has no opposition to the proposed sale of the Property on the condition that Secured Creditor receive
13 its full payoff pursuant to an updated payoff statement through the sale closing date.
14       Thus, Secured Creditor files this conditional non-opposition to preserve its rights.  Secured
15 Creditor is only agreeable to the sale of the Property provided that the order provide that Secured
16 Creditor shall receive its full payoff pursuant to an updated payoff statement good through the sale
17 closing date. Further, Secured Creditor requests that any order authorizing the sale provide that
18 Secured Creditor's lien attaches to the proceeds of the sale until such time as the Secured Creditor's
19 lien is fully satisfied from the proceeds of sale.

20                                              GHIDOTTI | BERGER

21 DATED: March 25, 2020            By: /s/ Allison Schmidt, Esq.
22                                                Allison Schmidt, Esq.
                                                  Nevada Bar No.: 10743
23                                                Ghidotti Berger
                                                  8716 Spanish Ridge Ave., #115
24                                                Las Vegas, NV 89148
                                                  Phone: (949) 427-2010
25                                                Fax: (949) 427-2732

26
27
28

1  Allison Schmidt, Esq.
   Nevada Bar No.: 10743
2  GHIDOTTI | BERGER LLP
3  8716 Spanish Ridge Avenue, #115
   Las Vegas, NV 89148
4  Tel: (949) 427-2010
   Fax:  (949) 427-2732
5  Email: aschmidt@ghidottiberger.com

6
   Attorney for Creditor
7  U.S. Bank Trust N.A., as Trustee of Igloo Series III Trust

8
                    UNITED STATES BANKRUPTCY COURT
9
                 DISTRICT OF NEVADA – LAS VEGAS DIVISION
10

11 In Re:                          )    CASE NO.:  19-12115-abl
                                   )
12 Johnny Tarver,                  )    CHAPTER 13
13                                 )
          Debtors.                 )    **CERTIFICATE OF SERVICE**
14                                 )
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19 _____)

20
                    **CERTIFICATE OF SERVICE**
21

22      I am employed in the County of Orange, State of California.  I am over the age of

23 eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,

24 Santa Ana, CA 92705.

25
        I am readily familiar with the business's practice for collection and processing of
26
   correspondence for mailing with the United States Postal Service; such correspondence would
27
28 be deposited with the United States Postal Service the same day of deposit in the ordinary

   course of business.

                                        1
                              CERTIFICATE OF SERVICE

On March 26, 2020 I served the following documents described as:

- **CONDITIONAL NON-OPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>JOHNNY TARVER<br>1920 ASBURN DR.<br>North Las Vegas, NV 89032<br><br>**Debtor's Counsel**<br>CHRISTOPHER PATRICK BURKE<br>218 S MARYLAND PKY.<br>LAS VEGAS, NV 89101 | **Chapter 13 Trustee**<br>KATHLEEN A. LEAVITT<br>711 SOUTH 4TH ST SUITE # 101<br>LAS VEGAS, NV 89101 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on March 26, 2020 at Santa Ana, California

/*s / Jeremy Romero*/
Jeremy Romero

2
CERTIFICATE OF SERVICE