**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 17-73290

Attorneys for *Secured Creditor* JPMorgan Chase Bank, National Association

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-12115-abl |
| JOHNNY TARVER, | Chapter 13 |
| Debtor. | **LIMITED RESPONSE TO MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY LOCATED AT 1255 KENWOOD RD., SANTA BARBARA, CA  93109** |

## **LIMITED RESPONSE TO MOTION TO SELL REAL PROPERTY**

JPMorgan Chase Bank, National Association., Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following the following limited response to the Debtors' Motion to Sell Real Property located at 1255 Kenwood Rd., Santa Barbara, CA 93109.

Secured Creditor, as second lien holder, does not oppose the sale of the real property provided Secured Creditor's lien will be paid in full subject to the sale closing on within 90 days from the date of the Court's Order and sale is subject to a proper payoff quote; or that any extension of the closing date or sale short of full payoff be subject to Secured Creditor's

1

1 final approval. Further, funds from the sale should be received by Secured Creditor within
2 ninety (90) days from the date of the Court's order, unless otherwise agreed to by Secured
3 Creditor.
4       DATED this 3rd day of April, 2020.

**TIFFANY & BOSCO, P.A.**

By /s/ Ace C. Van Patten, Esq.
ACE C. VAN PATTEN, ESQ.
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 17-73290

Attorneys for *Secured Creditor* JPMorgan Chase Bank, National Association

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-12115-abl |
| JOHNNY TARVER, | Chapter  13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

1. On this 3rd day of April, 2020, I served the following documents:

**LIMITED RESPONSE TO MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY LOCATED AT 1255 KENWOOD RD., SANTA BARBARA, CA 93109**

2. I caused to be served the above-named document by the following means to the persons as listed below:

X   **a. ECF System**

    Christopher Patrick Burke
    atty@cburke.lvcoxmail.com
    Attorney for Debtors

    Kathleen A. Leavitt
    courtsecf3@las13.com
    Trustee

3

    X   **b. United States mail, postage fully prepaid:**

        Christopher Patrick Burke
        218 S Maryland Pky.
        Las Vegas, NV 89101
        Attorney for Debtors

        Johnny Tarver
        1920 Asburn Dr.
        North Las Vegas, NV 89032
        Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 3rd day of April, 2020.

By:   /s/ Michelle Benson

4