

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 08, 2020

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re: | Case No.: 19-12115-ABL |
|---|---|
| JOHNNY TARVER, | Chapter 13 |
| Debtor. | Date: April 6, 2020<br>Time: 9:30 a.m. |

**ORDER GRANTING MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY LOCATED AT 1255 KENWOOD RD., SANTA BARBARA, CA 93109**

Upon the reading and filing of Debtor, Johnny Tarver ("Tarver" or "Debtor") Motion to Allow Debtor to Sell his Real Property located at 1255 Kenwood Rd., Santa Barbara, CA 93109 ("Kenwood Rd.,"), filed by and through his attorney, Christopher P. Burke, Esq., and with Chapter 13 Trustee Kathleen A. Leavitt not opposing nor appearing and Creditor, US Bank Trust N.A. as Trustee of Igloo Series III Trust filing a conditional non-opposition response by and through its counsel, Allison Schmist, Esq. Ghidotti Berger, but no one appearing and Creditor, JP Morgan Chase Bank, National Association filing a limited response by and through its counsel, Ace C. Van Patten, Esq. Tiffany & Bosco, P.A., but no one appearing and the Court being fully advised in the premises;

1

1  **IT IS HEREBY ORDERED** that Debtor shall be allowed to sell his real property located at 1255 Kenwood Rd., Santa Barbara, CA 93109 , upon the terms and conditions as follows;

**IT IS HEREBY FURTHER ORDERED** that the sale of Kenwood Rd., for $950,000 is approved;

**IT IS HEREBY FURTHER ORDERED** that Tarver's attorney is to receive $1,800 from the sale for preparing this Motion and OST, to be paid out of escrow directly to Mr. Burke.

**IT IS HEREBY FURTHER ORDERED** that the Chapter 13 will provide the balance needed to pay off his Chapter 13 and the Debtor will turnover sufficient funds to pay the case in full;

**IT IS HEREBY FURTHER ORDERED** that the funds from the sale should be received by Secured Creditors within 120 days from the date of the Court's Order;

**IT IS SO ORDERED**.

DATED this 7th day of April, 2020.

| Submitted By: | *Approved*/Disapproved: |
|---|---|
| */s/ Christopher P. Burke, Esq.* <br> Christopher P. Burke, Esq. <br> Nevada Bar No.: 004093 <br> 218 S. Maryland Pkwy. <br> Las Vegas, NV 89101 <br> (702) 385-7987 <br> Attorney for Debtors | */s/Danielle N. Gueck-Townsend, Esq.* <br> Danielle N. Gueck-Townsend, Esq. <br> Attorney for Kathleen A. Leavitt, <br> Chapter 13 Trustee <br> 711 S. 4th Street, Suite 101 <br> Las Vegas, NV 89101 |

###

2

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

**X** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Danielle N. Gueck-Townsend, Esq.
Attorney for Kathleen A. Leavitt,
Chapter 13 Trustee
711 S. 4th Street, Suite 101
Las Vegas, NV 89101
(702) 853-0700
***Approved***

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

3