

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 27, 2021

1
2
3
4
5

Regina Habermas, Esq.
Nevada State Bar # 8481
GHIDOTTI BERGER, LLP
415 S. 6th Street, Ste. 310
Las Vegas, NV 89101
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: ghabermas@ghidottiberger.com

6
7

Attorney for Secured Creditor
US BANK TRUST N.A., AS TRUSTEE OF IGLOO SERIES III TRUST, its successors and
assigns

8
9
10

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA – LAS VEGAS DIVISION**

11
12
13
14
15
16
17
18

In re:

JOHNNY TARVER,

            Debtor.

**CASE NO.: 19-12115-abl**
**Chapter 13**

**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

**("1920 Ashburn Drive, North Las Vegas, NV**
**89031")**

 **Hearing Date: 1/20/2021**

 **Hearing Time: 10:30 AM**

19
20
21
22
23

US BANK TRUST N.A., AS TRUSTEE OF IGLOO SERIES III TRUST ("**Creditor**"), through undersigned counsel, applied for an order vacating the stay to permit Movant to exercise its non-bankruptcy remedies in connection with real property described as a **1920 Ashburn Drive, North Las Vegas, NV 89031** ("**Real Property**").  A hearing came before the Honorable AUGUST B. LANDIS on January 20, 2021:

**IT IS THEREFORE ORDERED** that:

1.      Secured Creditor is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to permit Secured Creditor, and Secured Creditor's successors and assigns to continue all acts necessary to secure possession of **1920 Ashburn Drive, North Las Vegas, NV 89031** and sell **1920 Ashburn Drive, North Las Vegas, NV 89031** in a commercially reasonable manner without further Hearing before this Court pursuant to applicable state law proceed;

2.      Fed.R.Bankr.P., Rule 4001(a)(3) be waived and the stay terminate upon entry of the order;

3.      This Order is binding and effective despite any conversion of this case.

Respectfully submitted this 26th day of April, 2021.

SUBMITTED BY:

By: _/s/ Regina A. Habermas, Esq._
Regina Habermas, Esq., Nevada State Bar # 8481
Attorney for Movant

In accordance with LR 9021, counsel for Movant hereby certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X__ No party appeared at the hearing.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Order Granting Relief from the Automatic Stay                                             19-12115-abl