KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV 89101
(702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:**<br>**JOHNNY TARVER**<br><br>**Debtor** | **CHAPTER 13**<br>**Case No: -19-12115-ABL**<br><br>**TRUSTEE'S DIRECTIVE** |

Attorney for Debtor: CHRISTOPHER P BURKE ESQ

This is an important directive from the Trustee requiring your immediate attention. It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH. If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney. Please be advised that a copy of this directive will be sent to your attorney. You are required to provide to the Trustee the following:

**Please submit complete copies of your signed 2019 and 2020 Federal Income Tax Return, including W-2 Forms. Tax returns must be redacted before they are submitted to the Trustee. This means that all social-security number(s), taxpayer-identification number(s) and any bank accounts numbers may only include the last four digits. In addition, if a birth date is set out, you may only include the year of birth. Finally, if your tax return includes information pertaining to minor children, then only the minor child's initials may be visible on the document.**

It is necessary that you comply with the Trustee's request 15 days from the file stamped date of this directive. YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee. If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:

711 S 4th Street
Suite 101
Las Vegas, NV 89101

Dated: 08/03/2021

ls

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV 89101

E-filed on:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**IN RE:**

**JOHNNY TARVER**

**Debtor (s)**

**CASE NO: BKS-19-12115-ABL**
**Chapter 13**

## CERTIFICATE OF SERVICE

1. On I served the following document(s):

**TRUSTEE'S DIRECTIVE**

2. I served the above- named document(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

CHRISTOPHER P BURKE ESQ
218 S MARYLAND PKWY
LAS VEGAS, NV 89101

JOHNNY TARVER
1920 ASBURN DR
NORTH LAS VEGAS, NV 89032 ,

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 08/03/2021

/s/ Esther Carr

Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee